UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

United States of America

ORDER ACCEPTING PLEA ALLOCUTION

06 Cr. 863 (SCR)

v.

Michael Diaz

_____

ROBINSON, J.

The Court has reviewed the transcript of the plea allocation in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable George A. Yanthis, United States Magistrate Judge, dated September 26, 2007, is approved and accepted.

The Clerk of the court is directed to enter the plea.

Date: October 11, 2007

SO ORDERED:

STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: